UNITED STATES of America,
Plaintiff–Appellee,

v.

Frank MERCER, Jr., a.k.a. Cedrick,
a.k.a. Ced the Head, Defendant–
Appellant.

No. 08–14832
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

June 4, 2009.

Frank Mercer, Jr., Coleman, FL, pro se.

Todd B. Grandy, U.S. Attorney's Office,
Tampa, FL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge,
TJOFLAT and HILL, Circuit Judges.

PER CURIAM:

James W. Smith, III, appointed counsel
for Frank Mercer, Jr., has filed a motion
to withdraw on appeal supported by a brief
prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of
the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's
motion to withdraw is **GRANTED,** and the
district court's reduction of Mercer's sentence, pursuant to 18 U.S.C. § 3582(c)(2),
is **AFFIRMED.**